**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1925**

LOLITA M. MATAMMU,

Plaintiff - Appellant,

v.

CONTY OF FAIRFAX, VIRGINIA, a/k/a Fairfax County Health Department,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-01468-RDA-WEF)

Submitted:  January 17, 2023                           Decided:  January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lolita M. Matammu, Appellant Pro Se.  Kimberly Pace Baucom, Assistant County Attorney, Jamie Marie Greenzweig, FAIRFAX COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Lolita M. Matammu appeals the district court's order granting summary judgment in favor of Defendant in Matammu's employment discrimination suit. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Matammu's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
